UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL NICHOLS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CIOLLI,<br><br>　　　　　Respondent. | Case No.   1:20-cv-00785-JDP<br><br>ORDER GRANTING RESPONDENT'S<br>MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 8)<br><br>ORDER DISMISSING RESPONDENT'S<br>MOTION TO STAY AS MOOT<br><br>(Doc. No. 9) |

Petitioner Sean Michael Nichols, a federal prisoner has pending a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1). Respondent moves for an extension of time to file his answer, or in the alternative, a stay of the case pending a decision from the United States Court of Appeals for the Ninth Circuit. (Doc. Nos. 8, 9).

Respondent moved for the Court to stay this case pending a decision from the Ninth Circuit in *Allen v. Ives*, No. 18-35001 (9th Cir. 2020). (Doc. No. 9 at 3). Specifically, Respondent sought to stay the instant case pending the Ninth Circuit's decision to rehear *Allen* en banc. (*Id*.) On September 22, 2020, the Ninth Circuit declined to rehear *Allen* en banc and reversed and remanded the case to the district court.[1] *See Allen*, No. 18-35001. Because the decision for which Respondent

---

[1] On remand, the district court granted petitioner habeas relief. *See Allen v. Ives*, No. 3:17-cv-00044-HZ (D. Or. Oct. 25, 2020).

sought a stay has now been made, the motion is moot. In the alternative, Respondent sought an extension of time to file a response or answer to the Petition. (Doc. No. 8). The Court finds good cause to grant Respondent an extension of time.

**Accordingly:**

1. Respondent's motion for an extension of time (Doc. No. 8) is **GRANTED**. Respondent shall file a response or answer to the petition no later than January 14, 2021
2. Respondent's motion to stay (Doc. No. 9) is **DISMISSED as moot**.

IT IS SO ORDERED.

Dated:   December 29, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE