UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL NICHOLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CIOLLI, USP Atwater,<br><br>　　　　　Defendant. | No.  1:20-cv-00785-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF THE COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE<br><br>(Doc. Nos. 1, 20) |

　　　　Petitioner Sean Michael Nichols is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 12, 2021, the assigned magistrate judge issued findings and recommendations recommending that the respondent's motion to dismiss be granted.  (Doc. No. 20.)  The pending findings and recommendations were served on petitioner at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id*. at 6.) That time has passed, and no party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 12, 2021 (Doc. No. 20), are adopted in full;
2. Respondent's motion to dismiss (Doc. No. 18) is granted;
3. The petition for writ of habeas corpus (Doc. No. 1) is dismissed; and
4. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close the case.

IT IS SO ORDERED.

Dated: **September 27, 2021**

_____
UNITED STATES DISTRICT JUDGE